# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3703

_____

United States of America,      *
       *
       Appellee,      *
       *    Appeal from the United States
   v.      *    District Court for the
       *    Western District of Missouri.
Jerry White,      *        [UNPUBLISHED]
       *
       Appellant.      *

_____

Submitted:  February 15, 2000

Filed:  March 14, 2000

_____

Before RICHARD S. ARNOLD, HEANEY and LOKEN, Circuit Judges.

_____

PER CURIAM.

Jerry White appeals his convictions in the district court for possessing cocaine in violation of 21 U.S.C. § 844(a) and illegally possessing a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  He also appeals his sentence for the firearm conviction.  We have carefully reviewed the record and the parties' briefs, and conclude the district court did not err in sentencing White.  We are also satisfied that the evidence presented at trialSviewed in the light most favorable to the jury's verdictSwas sufficient to convince a reasonable jury of White's guilt beyond a

reasonable doubt.  See United States v. Bascope-Zurita, 68 F.3d 1057, 1060 (8th Cir. 1996) (standard of review).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.